UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMIN LEVI MONTZINGO,
Plaintiff,

v.

CITY OF LAKELAND, et al.,
Defendants.

Case No.: 8:26-cv-31-MSS-SPF

PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY AS A PRO SE LITIGANT

Plaintiff, Jamin Levi Montzingo, proceeding pro se, respectfully moves this Court for leave to file documents electronically through the Court's CM/ECF system and states as follows:

1. Plaintiff is the pro se plaintiff in this action pending before the United States District Court for the Middle District of Florida.

2. Plaintiff understands that, absent Court authorization, pro se litigants are generally required to file documents in paper format.

3. Plaintiff respectfully requests permission to participate in electronic filing through CM/ECF for purposes of efficiency, accuracy, and timely compliance with Court deadlines.

4. This case involves multiple motions and ongoing proceedings, and electronic filing would promote judicial economy and reduce administrative burden on the Clerk's Office.

5. Plaintiff has access to the necessary technology and internet resources and agrees to comply fully with all applicable Federal Rules of Civil Procedure, Local Rules, and administrative procedures governing electronic filing.

6. Plaintiff understands that electronic filing will constitute consent to electronic service of all filings via CM/ECF.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave for Plaintiff to file documents electronically through the CM/ECF system in this case and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
Jamin Levi Montzingo

1

Plaintiff, pro se
4540 Old Colony Road
Mulberry, Florida 33860
Email: jaminm5288@gmail.com
Telephone: (863) 777-1747

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of Febuary, 2026, a true and correct copy of the foregoing Motion for Leave to File Electronically as a Pro Se Litigant was served upon counsel for Defendants by U.S. Mail in accordance with the Federal Rules of Civil Procedure.

_____

Jamin Levi Montzingo

2